MERCHANTS ADJUSTMENT BUREAU, Joseph Iny, and Asset Recovery Co., LLC, Plaintiffs–Appellants,

v.

TRANS WORLD INTERNATIONAL, INC., and International Merchandising Corp. collectively d/b/a International Management Group; and Sean McManus, Richard J. Giles, Marivonne Basten, Esq., Jacqueline Simpson, Esq.; and Wilson, Elser, Moskowitz, Edelman & Dicker; and John F. Roth, Esq., James C. Orr, Esq., Stephen R. Knapp, Esq., Jonathan C. Balfus, Esq.; Smith–Hemion Productions, Inc.; and Williams J. Briggs, II Esq., and Peter G. Sheridan, Esq.; Robert A. Petrallia, Esq.; Steve Zimore; and John Does 1–100, (fictitious names of unidentified individuals), Defendants–Appellees.

No. 00–9153.

United States Court of Appeals, Second Circuit.

April 10, 2001.

Steven S. Ezon, N.Y., NY, for appellants.

Martin B. Adams, Kopff, Nardelli & Dopf, N.Y., NY, for appellee Sheridan.

H. Jonathan Rubinstein, The Feinsilver Group, N.Y., NY, for appellees Petrallia and Zimore.

Robert C. Neff, Jr., Wilson, Elser, Moskowitz, Edelman & Dicker, Newark, NJ, for remaining appellees.

Present OAKES, KEARSE, and JOSÉ A. CABRANES, Circuit Judges.

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated by Judge Hellerstein on the record on August 22, 2000.

We have considered all of plaintiffs' contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.